Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−10094−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Charles J. Carter
   129 Mali Drive
   North Plainfield, NJ 07062

Social Security No.:
   xxx−xx−2582

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 16, 2019.

On October 25, 2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                   December 3, 2019
Time:                   10:00 AM
Location:               Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: October 28, 2019
JAN: wdr

                                                              Jeanne Naughton
                                                              Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 19-10094-MBK
Charles J. Carter                                               Chapter 13
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Oct 28, 2019
                              Form ID: 185             Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2019.
db             +Charles J. Carter,    129 Mali Drive,    North Plainfield, NJ 07062-2413
517950744      +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
517950747      +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517950748      +Citibank,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
517950750      +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
517950751      +Citibankna,    Citibank Corp/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
517950753      +Citicards,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517950762      +First National Bank,    Attn: Tina,    1620 Dodge St Mailstop 4440,    Omaha, NE 68197-0002
517950763      +KML Law Group,    216 Haddon Avenue Suite 406,    Westmont, NJ 08108-2812
517961239       Nissan Motor Acceptance,    POB 660366,    Dallas, TX 75266-0366
517950764      +Nissan Motor Acceptance Corp/Infinity Lt,    Attn: Bankruptcy,    Po Box 660360,
                 Dallas, TX 75266-0360
517975144     ++PERI GARITE,    ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
               (address filed with court: First National Bank of Omaha,    1620 Dodge Street, Stop code 3105,
                 Omaha, NE 68197)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 29 2019 00:23:19     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 29 2019 00:23:17     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518069315       E-mail/Text: bankruptcy@alliantcreditunion.com Oct 29 2019 00:23:39     Alliant Credit Union,
                 11545 W Touhy Ave,    Chicago, IL  60666
517950742      +E-mail/Text: bankruptcy@alliantcreditunion.com Oct 29 2019 00:23:38     Alliant CU,
                 Attn: Bankruptcy,    Po Box 66945,    Chicago, IL 60666-0945
517950745      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 29 2019 00:31:27     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517950746      +E-mail/Text: mduckett@cmcu.org Oct 29 2019 00:23:52     Charlotte Metro Fcu,    718 Central Ave,
                 Charlotte, NC 28204-2024
517950755      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 29 2019 00:22:53     Comenity Bank/Overstock,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
517950756       E-mail/PDF: DellBKNotifications@resurgent.com Oct 29 2019 00:31:38
                 Dell Financial Services LLC,    Attn: President/CEO,    Po Box 81577,    Austin, TX 78708
517950757      +E-mail/PDF: pa_dc_ed@navient.com Oct 29 2019 00:31:34     Dept of Ed / Navient,
                 Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
517961531       E-mail/Text: mrdiscen@discover.com Oct 29 2019 00:22:22     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
517950760      +E-mail/Text: mrdiscen@discover.com Oct 29 2019 00:22:22     Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
517950761      +E-mail/Text: bankruptcy.bnc@ditech.com Oct 29 2019 00:22:48     Ditech Financial,
                 Attn: Bankruptcy,    Po Box 6172,    Rapid City, SD 57709-6172
518101231       E-mail/Text: bankruptcy.bnc@ditech.com Oct 29 2019 00:22:48     Ditech Financial LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154
518070227       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 29 2019 00:32:20     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518101582       E-mail/PDF: pa_dc_claims@navient.com Oct 29 2019 00:31:33
                 Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
518052098       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 29 2019 00:54:08
                 Portfolio Recovery Associates, LLC,    c/o Amazon.com Store Card,    POB 41067,
                 Norfolk VA 23541
518052113       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 29 2019 00:31:31
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
518066198       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 29 2019 00:32:54
                 Portfolio Recovery Associates, LLC,    c/o Gm,    POB 41067,    Norfolk VA 23541
517952799      +E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2019 00:31:22     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517950765      +E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2019 00:31:22     Synchrony Bank/Amazon,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517950766      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 29 2019 00:21:43
                 Verizon Wireless,    Attn: Verizon Wireless Bankruptcy Admini,    500 Technology Dr, Ste 550,
                 Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 21

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0312-3           User: admin                 Page 2 of 2                   Date Rcvd: Oct 28, 2019
                               Form ID: 185                Total Noticed: 33

517950743*      +Alliant CU,    Attn: Bankruptcy,    Po Box 66945,    Chicago, IL 60666-0945
517950749*      +Citibank,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
517950752*      +Citibankna,    Citibank Corp/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
517950754*      +Citicards,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                  Saint Louis, MO 63179-0040
518036725*     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                  PO Box 10390,    Greenville, SC 29603-0390)
517950758*      +Dept of Ed / Navient,    Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
517950759*      +Dept of Ed / Navient,    Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
                                                                                               TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2019 at the address(es) listed below:
```
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Andrew Thomas Archer    on behalf of Debtor Charles J. Carter aarcher@spillerarcherlaw.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    DITECH FINANCIAL LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Phillip Andrew Raymond    on behalf of Creditor    Ditech Financial LLC phillip.raymond@mccalla.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```