| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Brenner, Spiller & Archer<br>175 Richey Ave<br>Collingswood, NJ 08107<br>P: 856-963-5000<br>F: 856-858-4371<br>Attorney for Debtor | Order Filed on March 6, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Charles Carter | Case No.:  19-10094<br>Judge:  MBK<br>Chapter:  13 |

## ORDER ALLOWING LATE PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**

DATED: March 6, 2020

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of Charles Carter, by and through Counsel, to Allow the Late Proof of Claim as hereinafter set forth, and for cause shown, it is

**ORDERED** that:

The proof of claim filed by Farleigh Dickinson University on 1/29/20 as Claim 16-1 is hereby granted approval and able to be paid through a confirmed Chapter 13 plan.